# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PEREZ
## Wednesday, April 16, 2025

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| William | Arnault | Kirkland & Ellis LLP | Debtors |
| Kaleb | Bailey | Hunton Andrews Kurth LLP | Agent |
| Jason | Boland | Norton Rose Fulbright US LLP | Debtors |
| Robert | Bruner | Norton Rose Fulbright US LLP | debtors |
| Peter | Candel | Kirkland & Ellis LLP | Debtors |
| Tad | Davidson | Hunton Andrews Kurth LLP | Agent |
| Thomas | Fafara | Latham & Watkins LLP | Agent |
| Ian | Ferrrell | Sidley Austin LLP | Vitol Americas Corp. |
| Ross | Fiedler | Kirkland & Ellis LLP | Debtors |
| Jackson | Garvey | Sidley Austin LLP | Vitol Americas Corp. |
| John | Gibbons | Kirkland & Ellis LLP | Debtors |
| Ashley | Harper | Hunton Andrews Kurth LLP | Agent |
| Julie | Harrison | Norton Rose Fulbright US LLP | Debtors |
| James | Ktsanes | LATHAM & WATKINS LLP | Agent |
| James | Ktsanes | Latham & Watkins LLP | Agent |
| Hugh | McCullough | Davis Wright Tremaine LLP | CTCI Americas, Inc. |
| Ha | Nguyen | U.S. Trustee | U.S. Trustee |
| Kelli | Norfleet | Haynes and Boone, LLP | CTCI Americas, Inc. |
| Ian | Peck | Haynes and Boone, LLP | CTCI Americas, Inc. |
| Stephen | Pezanosky | Haynes and Boone, LLP | CTCI Americas, Inc. |
| Ragan | Powers | Davis Wright Tremaine LLP | CTCI Americas, Inc. |
| Ragan | Powers | Davis Wright Tremaine LLP | CTCI Americas, Inc. |
| Maegan | Quejada | Sidley Austin LLP | Vitol Americas Corp. |
| Seth | Sanders | Kirkland & Ellis LLP | Debtors |
| Brian | Schartz | Kirkland & Ellis LLP | Debtors |
| Robert | Stephens | Sidley Austin LLP | Vitol Americas Corp. |
| Nacif | Taousse | LATHAM & WATKINS LLP | Agent |
| Nacif | Taousse | Latham & Watkins LLP | Agent |
| Alexandra | Zablocki | Latham & Watkins LLP | Agent |