IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GLOBAL CLEAN ENERGY HOLDINGS, INC., *et al.*,[1] | ) ) ) ) | Case No. 25-90113 (ARP) |
| Debtors. | ) ) ) | (Jointly Administered) |

**VITOL'S WITNESS AND EXHIBIT LIST FOR MAY 29, 2025, HEARING**

Vitol Americas Corp. ("Vitol") hereby submits this witness and exhibit list in connection with the matters scheduled for hearing on **May 29, 2025 at 9:00 a.m. (prevailing Central Time)** (the "Hearing").

**A. Witnesses**

1. Any witnesses called or designated by any other party.
2. Any rebuttal and impeachment witnesses as necessary.
3. Any other witnesses present that Vitol deems necessary.

**B. Exhibits**

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| | All exhibits necessary for impeachment purposes. | | | | | | | |
| | Any document entered or filed in the above-styled bankruptcy cases, including any exhibits thereto. | | | | | | | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/GCEHoldings. The location of Debtor Global Clean Energy Holdings, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is: 6451 Rosedale Highway, Bakersfield, California 93308.

| Ex. No. | Description | Judicial Notice | Marked | Offered | Objected | Admitted | Date | Disp. After Trial |
|---|---|---|---|---|---|---|---|---|
| | Any and all documents identified or offered by any other party. | | | | | | | |

## RESERVATION OF RIGHTS

Vitol reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

[*Remainder of page intentionally left blank.*]

Dated:  May 27, 2025

Respectfully Submitted,

*/s/ Maegan Quejada*
**SIDLEY AUSTIN LLP**
Jackson T. Garvey (admitted *pro hac vice*)
Ian C. Ferrell (admitted *pro hac vice*)
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036
Email:  jgarvey@sidley.com
Email:  iferrell@sidley.com

*-and-*

Maegan Quejada (24105999)
1000 Louisiana Street, Suite 5900
Houston, Texas 77002
Telephone:  (713) 495-4500
Facsimile:  (713) 495-7799
Email:  mquejada@sidley.com

*Counsel to Vitol Americas Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on May 27, 2025, a copy of this document was served by electronic service on all counsel of record via the Court's CM/ECF system.

>*/s/ Maegan Quejada*
>Maegan Quejada

4