# UNITED STATES BANKRUPTCY COURT

Southern   DISTRICT OF   Texas

Houston Division

| | | |
|---|---|---|
| In Re. Agribody Technologies, Inc. | § | Case No.  25-90114 |
| | § | |
| | § | Lead Case No.  25-90113 |
| Debtor(s) | § | |
| | | ☒ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2025            Petition Date: 04/16/2025

Months Pending: 0                 Industry Classification: | 5 | 4 | 1 | 7 |

Reporting Method:            Accrual Basis ◉            Cash Basis ○

Debtor's Full-Time Employees (current):            0

Debtor's Full-Time Employees (as of date of order for relief):            0

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Jason Boland

Signature of Responsible Party            Jason Boland

06/02/2025                     Printed Name of Responsible Party

Date

6451 Rosedale Highway, Bakersfield, CA 93308

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Agribody Technologies, Inc.

Case No.  25-90114

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $6,821 | |
| b. Total receipts (net of transfers between accounts) | $0 | $0 |
| c. Total disbursements (net of transfers between accounts) | $731 | $731 |
| d. Cash balance end of month (a+b-c) | $6,090 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $731 | $731 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a. Accounts receivable (total net of allowance) | $30,000 | |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c. Inventory     (Book ○   Market ○   Other ◉   (attach explanation)) | $0 | |
| d  Total current assets | $-4,923,305 | |
| e. Total assets | $-1,090,361 | |
| f. Postpetition payables (excluding taxes) | $0 | |
| g. Postpetition payables past due (excluding taxes) | $0 | |
| h. Postpetition taxes payable | $990,492 | |
| i. Postpetition taxes past due | $0 | |
| j. Total postpetition debt (f+h) | $990,492 | |
| k. Prepetition secured debt | $155,455 | |
| l. Prepetition priority debt | $0 | |
| m. Prepetition unsecured debt | $39,622 | |
| n. Total liabilities (debt) (j+k+l+m) | $1,185,569 | |
| o. Ending equity/net worth (e-n) | $-2,275,930 | |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $0 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $0 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $-16 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $-10,130 | |
| h. Interest | $-231 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-10,378 | $-10,378 |

Debtor's Name  Agribody Technologies, Inc.                                    Case No.  25-90114

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Agribody Technologies, Inc.                              Case No.  25-90114

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Agribody Technologies, Inc.                                                    Case No.  25-90114

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Agribody Technologies, Inc.                                      Case No.  25-90114

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Agribody Technologies, Inc.                                      Case No.  25-90114

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Agribody Technologies, Inc.                                    Case No.  25-90114

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ◉  No ○ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |
| i. | Do you have:        Worker's compensation insurance? | Yes ○  No ◉ |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ◉  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ◉  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ |

Debtor's Name  Agribody Technologies, Inc.                                    Case No.  25-90114

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/Wade Adkins                                          Wade Adkins
_____                                _____
Signature of Responsible Party                         Printed Name of Responsible Party

Chief Financial Officer                                 06/02/2025
_____                                _____
Title                                                  Date

Debtor's Name  Agribody Technologies, Inc.                    Case No.  25-90114



PageOnePartOne

PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name  Agribody Technologies, Inc.

Case No.  25-90114



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  Agribody Technologies, Inc.                               Case No.  25-90114



PageThree



PageFour

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) ) ) ) ) ) ) ) | Chapter 11 |
| GLOBAL CLEAN ENERGY HOLDING, INC., *et al.*,[1] | | Case No. 25-90113 (ARP) |
| Debtors. | | (Jointly Administered) |

**NOTES TO MONTHLY OPERATING REPORT—PERIOD FROM
APRIL 16, 2025, THROUGH AND INCLUDING APRIL 30, 2025**

**General**

On April 16, 2025 (the "Petition Date"), the debtors and debtors in possession listed in the table below, (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"). These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket No. 27]. These chapter 11 cases are being jointly administered under Case No. 25-90113 (ARP). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On April 28, 2025, the United States Trustee for the Southern District of Texas (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code [Docket Nos. 85 and 87] (the "Committee"). No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

The monthly operating report (the "MOR") includes activity from the following Debtors and related Case Numbers:

| Debtor | Case Number |
|---|---|
| Global Clean Energy Holdings, Inc. | 25-90113 |
| Global Clean Energy Texas, LLC | 25-90112 |
| Agribody Technologies, Inc. | 25-90114 |
| Bakersfield Renewable Fuels, LLC | 25-90115 |
| BKRF HCB, LLC | 25-90116 |
| BKRF HCP, LLC | 25-90117 |
| BKRF OCB, LLC | 25-90118 |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/gceholdings/info. The location of Debtor Global Clean Energy Holdings, Inc.'s corporate headquarters and the Debtors' service address in these chapter 11 cases is 6451 Rosedale Highway, Bakersfield, CA 93308.

In re: Global Clean Energy Holdings, Inc., et al          Case No. (Jointly Administered):   25-90113
Reporting Date:   4/16/2025 – 4/30/2025

| Debtor | Case Number |
|---|---|
| BKRF OCP, LLC | 25-90119 |
| GCE Holdings Acquisitions, LLC | 25-90120 |
| GCE International Development, LLC | 25-90121 |
| GCE Operating Company, LLC | 25-90122 |
| GCEH CS Acquisition, LLC | 25-90123 |
| GCEH Ventures, LLC | 25-90124 |
| Rosedale FinanceCo LLC | 25-90125 |
| Sustainable Oils, Inc. | 25-90126 |

The following notes and statements of limitations should be referred to, and referenced in connection with, any review of the MOR.

1.      **General Methodology and Basis of Presentation**:

The Debtors are filing this MOR solely for purposes of complying with the monthly operating requirements of the Debtors' chapter 11 cases.  For financial reporting purposes, prior to the Petition Date, the Debtors and their non-Debtor affiliate ordinarily reported consolidated financial statements.  The MOR does not purport to represent financial statements prepared in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor is it intended to fully reconcile the financial statements prepared by the Debtors.  Unlike consolidated financial statements, the MOR reflects the assets and liabilities of each separate Debtor, except where otherwise indicated.  Accordingly, the totals listed in the MOR will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The MOR should not be relied on by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future.

Totals and Subtotals may be impacted by rounding.  This applies to all MOR schedules.

The following ten (10) entities are the only Debtors that have financial statement activity:

- Global Clean Energy Holdings, Inc.
- Global Clean Energy Texas, LLC
- Agribody Technologies, Inc.
- Bakersfield Renewable Fuels, LLC
- BKRF OCB, LLC
- GCE Holdings Acquisitions, LLC
- GCE International Development, LLC
- GCE Operating Company, LLC

In re: Global Clean Energy Holdings, Inc., et al          Case No. (Jointly Administered):   25-90113
Reporting Date:   4/16/2025 – 4/30/2025

- GCEH Ventures, LLC
- Sustainable Oils, Inc.

The remaining five (5) Debtors entities are holding companies, which do not have financial statement activity.

The Debtors maintain their books and records in accordance with U.S. GAAP and the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that were available at the time of such preparation.  Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the MOR and to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein, subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors and their directors, managers, officers, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court.

The MOR generally attributes liabilities as reflected on the Debtors' books and records.  In instances where it is unknown against which Debtor a liability is asserted, the Debtors have included the corresponding liability at Global Clean Energy Holdings, Inc.

2. **Reporting Period**:

Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period.  Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

3. **Part 1**:

In Part 1a, the Cash Balance Beginning of Month is ending cash as of April 15, 2025. In Part 1b, the Debtors have included the Intercompany Transfers in Receipts to allow for a reconciliation of the cash activity in the MOR and avoid inclusion in the quarterly fee calculation.  Refer to **Exhibit 1** for the breakdown of the Cash Receipts and the Intercompany Transfers by account.

4. **Part 2**:

Intercompany receivables/payables are included in the Total Asset balances of the Debtor entities.  Net intercompany payable balances may result in contra asset balances at certain entities.

Inventories at the Bakersfield Facility (the "Facility") consist of renewable feedstocks and renewable finished products of renewable diesel, propane, naphtha and butane, and are stated at the lower of cost or net realizable value, which is estimated using indicative market pricing available at the time the estimate was made. Cost is determined using the weighted-average

**MOR Notes**

In re: Global Clean Energy Holdings, Inc., et al          Case No. (Jointly Administered):   25-90113
Reporting Date:   4/16/2025 – 4/30/2025

method. In determining the market value of our feedstocks and finished products at the Facility, we assume that feedstocks are converted into finished products, which requires us to make estimates regarding the products expected to be produced from those feedstocks and the conversion costs required to convert those feedstocks into products. We then apply an estimated selling price to our inventories, less estimated selling expenses. If the aggregate market value of our weighted average inventories is less than the related aggregate cost, we recognize a loss for the difference in our statements of operations. To the extent the aggregate market value of our weighted-average inventories subsequently increases, we recognize an increase to the value of our inventories (not to exceed cost) and a gain in our statements of operations. In addition, the Company carries inventories of camelina seeds, grain, meal, and oil in connection with our camelina business, that are valued at the lower of cost or net realizable value. Cost is determined based on standard cost that approximate actual costs.

The Debtors continue to pay postpetition invoices on account of postpetition goods provided and services rendered in the ordinary course of business.

Prepetition liabilities are either recorded in Liabilities Subject to Compromise or included in their respective balance sheet accounts. The Company continues to evaluate, and will update, Liabilities Subject to Compromise as additional information becomes available.

Liabilities Subject to Compromise include the Prepetition Secured Term Loan which includes fees for the Prepetition Term Loan Obligations to be consistent with the Final DIP Order [Docket No. 218] (the "Final DIP Order"). The MOR does not make a determination on the amount or enforceability of the Prepetition CTCI Obligations, and reflects the balance consistent with historical financial statement reporting.

Prepetition and postpetition liability balances are estimated given the Petition Date did not occur at month end. The Debtors have sought to assign liabilities to the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the MOR. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the balances as they deem appropriate in this regard.

The amounts listed as "Prepetition Secured Debt," "Prepetition Priority Debt" and "Prepetition Unsecured Debt" are a preliminary estimate, and these amounts are still being reviewed and reconciled by the Debtors. All amounts and classifications are subject to material adjustments. Listing a claim as secured, priority, or unsecured does not constitute an admission by the Debtors of the legal rights of the claimant.

For purposes of these reports, the components of Prepetition Secured Debt and DIP Financing (as defined below), including rolled up amounts, are held at the following entities: (i) prepetition RCF financing listed at Bakersfield Renewable Fuels, LLC; and (ii) the prepetition secured term loans and Tranche D Roll-Up are listed at BKRF OCB, LLC. The prepetition EPC liabilities are listed at Bakersfield Renewable Fuels, LLC. The prepetition facilities and

In re: Global Clean Energy Holdings, Inc., et al

accrued EPC liabilities are not listed at other Debtor entities who are guarantors to the related liabilities.

5.   **Part 4**:

Amounts included in the Income Statement (Statement of Operations) are estimates given the Petition Date and did not occur at month end.

Interest in Part 4h includes both interest expense and interest income.

Local and state taxes are included in within the selling, general, and administrative expenses in **Exhibit 3**. This is consistent with how the Company presents the data in their consolidated financial statements. Selling, general and administrative expenses are grouped together within the Company's consolidated financial statements therefore the entire balance is included in Part 4e *General and administrative expenses*.

6.   **Part 6**:

Amounts included in Postpetition taxes are estimates given the Petition Date and did not occur at month end.

Postpetition accrued property taxes are included in Part 6f (Postpetition other taxes accrued (local, state, and federal)). Any payments on postpetition property taxes have been included in Part 6e. Postpetition employer payroll taxes accrued and postpetition payroll taxes paid, in Part 6c and 6d, relate to the legal entity where the taxes are allocated based on employee resource allocation, which can differ from the legal entity to which the employee is dedicated.

7.   **Part 7**:

Regarding Part 7a, the Bankruptcy Court entered orders (the "First Day Orders") authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) 503(b)(9) claims, critical vendor claims, and lienholder claims, (b) insurance obligations, (c) employee wages, salaries, other compensation, and reimbursable expenses, and (d) certain taxes, fees, and regulatory obligations. Where applicable, details of these payments have been delivered to the required notice parties pursuant to the reporting requirements contained within the applicable final First Day Orders.

Regarding Part 7a and 7g, the Debtors obtained, and the Bankruptcy Court approved, postpetition financing (the "DIP Financing") on a final basis on May 29, 2025 [Docket No. 218] to fund, among other things, the Debtors' business operations and these chapter 11 cases. The DIP Financing is described in detail in the Debtors' motion to approve the Final DIP Order [Docket No. 16] and the Final DIP Order.

Regarding Part 7c and 7i, employee payroll and related benefits are paid by GCE Operating Company, LLC. Debtor entities Global Clean Energy Holdings, Inc., Bakersfield Renewable Fuels, LLC, and Sustainable Oils, Inc. have employees. Therefore, these are the only Debtor entities that have workers' compensation insurance.

**MOR Notes**

In re: Global Clean Energy Holdings, Inc., et al          Case No. (Jointly Administered):   25-90113
Reporting Date:   4/16/2025 – 4/30/2025

8.      **Part 8**:

Not applicable.

9.      **Reservation of Rights**:

The Debtors reserve all rights to amend the MOR as may be necessary or appropriate; *provided*, that the Debtors and their directors, managers, officers, agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court.

**Exhibit - 1**

In re: Global Clean Energy Holdings, Inc., et al

Case No. (Jointly Administered): 25-90113
Reporting Period: 04/16/2025 - 04/30/2025

| Statement of Cash Receipts and Disbursements | | | | | |
|---|---|---|---|---|---|

| Debtor | Case Number | Cash Balance Beg. of Month (4/16) | Cash Receipts Current Month | Cash Disbursements Current Month | Intercompany Transfers [1] | Cash Balance EOM |
|---|---|---|---|---|---|---|
| Global Clean Energy Holdings, Inc. | 25-90113 | $ 42,022 | $ 785 | $ (6,893,764) | $ 13,558,533 | 6,707,576 |
| Global Clean Energy Texas, LLC | 25-90112 | 1,000 | 0 | - | 317,680 | 318,680 |
| Agribody Technologies, Inc. | 25-90114 | 6,821 | - | (731) | - | 6,090 |
| Bakersfield Renewable Fuels, LLC | 25-90115 | 912,447 | 27,917,366 | - | (17,843,502) | 10,986,311 |
| BKRF HCB, LLC | 25-90116 | - | - | - | - | - |
| BKRF HCP, LLC | 25-90117 | - | - | - | - | - |
| BKRF OCB, LLC | 25-90118 | 63,071 | 368 | (2,932,852) | 2,907,558 | 38,144 |
| BKRF OCP, LLC | 25-90119 | - | - | - | - | - |
| GCE Holdings Acquisitions, LLC | 25-90120 | 753 | - | - | - | 753 |
| GCE International Development, LLC | 25-90121 | 100 | - | - | - | 100 |
| GCE Operating Company, LLC | 25-90122 | 46,727 | 519 | (885,106) | 1,000,000 | 162,139 |
| GCEH CS Acquisition, LLC | 25-90123 | - | - | - | - | - |
| GCEH Ventures, LLC | 25-90124 | 500 | - | - | - | 500 |
| Rosedale FinanceCo LLC | 25-90125 | - | - | - | - | - |
| Sustainable Oils, Inc. | 25-90126 | 129,871 | 156,275 | (131,256) | 59,732 | 214,621 |
| **Total** | | $ 1,203,311 | $ 28,075,312 | $ (10,843,710) | $ - | $ 18,434,914 |

**Notes:**
*[1]  In MOR form, intercompany transfers between debtors are included in Receipts to avoid inclusion in quarterly fee calculation.*

Exhibit - 2

In re: Global Clean Energy Holdings, Inc., et al
($ in 000s)

Case No. (Jointly Administered): 25-90113
Reporting Period: 04/16/2025 - 04/30/2025

**Consolidated Balance Sheet**

| | Global Clean Energy Holdings, Inc. | Agribody Technologies, Inc. | Bakersfield Renewable Fuels, LLC | BKRF OCB, LLC | GCE Holdings Acquisitions, LLC | GCE International Development, LLC | GCE Operating Company, LLC | GCEH Ventures, LLC | Sustainable Oils, Inc. | Global Clean Energy Texas, LLC | BKRF OCP, LLC | BKRF HCB, LLC | BKRF HCP, LLC | GCEH CS Acquisition, LLC | Rosedale FinanceCo LLC | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | | |
| **Current assets** | | | | | | | | | | | | | | | | | |
| Cash and Cash Equivalents | $ 50 | $ 6 | $ 10,986 | $ 39 | $ 1 | $ 0 | $ 162 | $ 1 | $ 215 | $ - | $ 319 | $ - | $ - | $ - | $ - | $ - | $ 11,460 |
| Restricted Cash | 6,658 | - | - | (1) | - | - | - | - | - | - | | - | - | - | - | - | 6,975 |
| Accounts Receivable, Net | 4,520 | 30 | 22,197 | - | - | - | - | - | 311 | - | - | - | - | - | - | - | 27,057 |
| Inventory | 89 | - | 33,980 | - | - | - | - | - | 3,344 | - | - | - | - | - | - | - | 37,414 |
| Prepaid Expenses & Other Current Assets | 71 | - | 6,883 | - | - | - | 804 | - | (3) | - | - | - | - | - | - | - | 7,755 |
| Other Current Assets | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Intercompany Receivable/(Payable) | 124,694 | (4,959) | (1,213,810) | 1,114,224 | 20,464 | (0) | 3,368 | (359) | (43,338) | (319) | - | - | - | - | - | - | (35) |
| **Total Current Assets** | $ 136,081 | $ (4,923) | $ (1,139,764) | $ 1,114,262 | $ 20,465 | $ - | $ 4,334 | $ (359) | $ (39,471) | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ 90,626 |
| | | | | | | | | | | | | | | | | | |
| Restricted Cash, Net of Current | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Operating Leases | 0 | - | 1,249 | - | - | - | - | - | 328 | - | - | - | - | - | - | - | 1,577 |
| Intangible Assets, Net | - | 1,487 | 1,232 | - | - | - | - | - | 1,475 | - | - | - | - | - | - | - | 4,195 |
| Goodwill | - | 2,346 | - | - | - | - | - | - | 2,859 | - | - | - | - | - | - | - | 5,204 |
| Other Assets | 22 | - | 14,554 | - | - | - | 0 | - | 1 | - | - | - | - | - | - | - | 14,577 |
| Contract Asset | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property, Plant, and Equipment, Net | 14 | - | 1,477,921 | 0 | - | - | - | - | 1,235 | - | - | - | - | - | - | - | 1,479,170 |
| **Total Assets** | $ 136,118 | $ (1,090) | $ 355,192 | $ 1,114,262 | $ 20,465 | $ - | $ 4,335 | $ (359) | $ (33,574) | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,595,349 |
| | | | | | | | | | | | | | | | | | |
| **Liabilities and Stockholders' Equity** | | | | | | | | | | | | | | | | | |
| **Current liabilities** | | | | | | | | | | | | | | | | | |
| Accounts Payable | $ 6,260 | $ - | $ 4,162 | $ (103) | $ - | $ - | $ 159 | $ - | $ 87 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 10,565 |
| Accrued Liabilities | 115 | - | 21,772 | - | - | - | 2,401 | - | (15) | - | - | - | - | - | - | - | 24,274 |
| Current Portion of Operating Lease Obligations | 10 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 10 |
| Current Portion of EPC Deferred Payment | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Notes Payable including Current Portion of Long-Term Debt, Net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor-in-Possession Facilities | 15,000 | - | 36,531 | 27,780 | - | - | - | - | - | - | - | - | - | - | - | - | 79,311 |
| Convertible Notes Payable | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Current Liabilities** | $ 21,384 | $ - | $ 62,466 | $ 27,676 | $ - | $ - | $ 2,560 | $ - | $ 73 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 114,159 |
| | | | | | | | | | | | | | | | | | |
| Operating Lease Obligations, Net of Current Portion | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Series B Units | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EPC Deferred Payment | - | - | (0) | - | - | - | - | - | - | - | - | - | - | - | - | - | (0) |
| Revolving Credit Facility | - | - | 21,313 | - | - | - | - | - | - | - | - | - | - | - | - | - | 21,313 |
| Long-Term Debt, Net | - | - | 3,781 | - | - | - | - | - | - | - | - | - | - | - | - | - | 3,781 |
| Senior Credit Agreement, Net | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Asset Retirement Obligations, Net of Current Portion [1] | - | - | 12,451 | - | - | - | - | - | - | - | - | - | - | - | - | - | 12,451 |
| Environmental Liabilities, Net of Current Portion [1] | - | - | 17,402 | - | - | - | - | - | - | - | - | - | - | - | - | - | 17,402 |
| Deferred Tax Liabilities | (1,121) | 990 | - | - | - | - | - | - | 131 | - | - | - | - | - | - | - | 0 |
| Other Long-Term Liabilities | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Long-Term Debt, Net of Current Maturities** | $ (1,121) | $ 990 | $ 54,946 | $ - | $ - | $ - | $ - | $ - | $ 131 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 54,946 |
| Secured | - | 155 | - | 1,284,880 | - | - | - | - | 152 | - | - | - | - | - | - | - | 1,285,188 |
| Secured, Deferred Financing Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Priority | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Unsecured | 8,328 | 40 | 752,074 | - | 33,942 | - | 1,637 | - | 692 | - | - | - | - | - | - | - | 796,713 |
| **Liabilities Subject to Compromise** | $ 8,328 | $ 195 | $ 752,074 | $ 1,284,880 | $ 33,942 | $ - | $ 1,637 | $ - | $ 843 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,081,901 |
| **Total Liabilities** | $ 28,591 | $ 1,186 | $ 869,486 | $ 1,312,557 | $ 33,942 | $ - | $ 4,198 | $ - | $ 1,047 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,251,006 |
| | | | | | | | | | | | | | | | | | |
| **Stockholders' equity** | | | | | | | | | | | | | | | | | |
| Common Stock | (3,053) | - | - | - | - | - | - | - | 3,554 | - | - | - | - | - | - | - | 500 |
| Additional paid-in capital | 90,021 | - | - | - | 3,913 | - | - | (359) | 9 | - | - | - | - | - | - | - | 93,584 |
| Accumulated other comprehensive income (loss) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accumulated deficit | 20,559 | (2,276) | (514,294) | (198,294) | (22,859) | - | 137 | 0 | (38,182) | 0 | - | - | - | - | - | - | (755,211) |
| Treasury stock | 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 0 |
| Non-controlling interests | - | - | - | - | 5,469 | - | - | - | - | - | - | - | - | - | - | - | 5,469 |
| **Total Stockholders' Equity** | $ 107,527 | $ (2,276) | $ (514,294) | $ (198,294) | $ (13,477) | $ - | $ 137 | $ (359) | $ (34,620) | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ (655,657) |
| | | | | | | | | | | | | | | | | | |
| **Total Liabilities & Stockholders' Equity** | $ 136,118 | $ (1,090) | $ 355,192 | $ 1,114,262 | $ 20,465 | $ - | $ 4,335 | $ (359) | $ (33,574) | $ 0 | $ - | $ - | $ - | $ - | $ - | $ - | $ 1,595,349 |

**Notes:**
[1] The Asset Retirement Obligations and Environmental Liabilities are included in prepetition unsecured liabilities on the Debtors' monthly operating reports, where applicable.

In re: Global Clean Energy Holdings, Inc., et al
($ in 000s)

Exhibit - 3
25-90113
04/16/2025 - 04/30/2025

**Consolidated Statement of Operations, from 04/16/2025 - 04/30/2025**

| | Global Clean Energy Holdings, Inc. | Agribody Technologies, Inc. | Bakersfield Renewable Fuels, LLC | BKRF OCB, LLC | GCE Holdings Acquisitions, LLC | GCE International Development, LLC | GCE Operating Company, LLC | GCEH Ventures, LLC | Sustainable Oils, Inc. | Global Clean Energy Texas, LLC | BKRF OCP, LLC | BKRF HCB, LLC | BKRF HCP, LLC | GCEH CS Acquisition, LLC | Rosedale FinanceCo LLC | Eliminations | Consolidated |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | - | - | 24,133 | - | - | - | - | - | 177 | - | - | - | - | - | - | - | 24,311 |
| Cost of Revenues | - | - | (23,310) | - | - | - | - | - | (132) | - | - | - | - | - | - | - | (23,442) |
| **Gross Profit** | - | - | 824 | - | - | - | - | - | 45 | - | - | - | - | - | - | - | 869 |
| Selling, General, and Administrative Expenses [1] | (1,320) | (0) | (4,002) | - | - | - | 3 | - | (217) | - | - | - | - | - | - | - | (5,536) |
| Depreciation & Amortization Expenses | (0) | (10) | (3,312) | - | - | - | - | - | (28) | - | - | - | - | - | - | - | (3,350) |
| **Total Operating Expenses** | (1,320) | (10) | (7,314) | - | - | - | 3 | - | (244) | - | - | - | - | - | - | - | (8,886) |
| **Income (Loss) from Operations** | (1,320) | (10) | (6,490) | - | - | - | 3 | - | (199) | - | - | - | - | - | - | - | (8,017) |
| Interest Expense [2] | (10) | (0) | (150) | (86) | - | - | - | - | 80 | - | 0 | - | - | - | - | - | (166) |
| Reorganization Expenses | (6,158) | - | - | (357,157) | (2,394) | - | - | - | - | - | - | - | - | - | - | - | (365,708) |
| Other (Income)/Expense | 10 | - | 0 | - | 1 | 0 | - | - | - | - | - | - | - | - | - | - | 11 |
| Total Other Expense | (6,157) | (0) | (150) | (357,242) | (2,394) | - | - | - | 80 | - | 0 | - | - | - | - | - | (365,863) |
| **Income/(loss) before Tax Provision** | (7,477) | (10) | (6,640) | (357,242) | (2,394) | - | 3 | - | (118) | - | 0 | - | - | - | - | - | (373,880) |
| Income Tax Benefit (Expense) | (5) | - | (45) | - | - | - | (0) | - | (8) | - | - | - | - | - | - | - | (59) |
| **Net Income/(Loss)** | (7,483) | (10) | (6,685) | (357,242) | (2,394) | - | 3 | - | (127) | - | 0 | - | - | - | - | - | (373,939) |

**Notes:**
*[1] Due to limitations of MOR form, operating expenses are recorded withing Selling, General, and Administrative Expenses, including certain taxes.*
*[2] Inclusive of interest income*