IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| GLOBAL CLEAN ENERGY HOLDINGS, INC., *et al.*,[1] | ) Case No. 25-90113 (ARP) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF FILING OF SECOND AMENDED
JOINT CHAPTER 11 PLAN OF REORGANIZATION OF
GLOBAL CLEAN ENERGY HOLDINGS, INC. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE** that, on April 16, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Reorganization of Global Clean Energy Holdings, Inc. and Its Debtor Affiliates* [Docket No. 23].

**PLEASE TAKE FURTHER NOTICE** that, on May 29, 2025, the Debtors, as part of the solicitation materials, caused to be served the *Amended Joint Chapter 11 Plan of Reorganization of Global Clean Energy Holdings, Inc. and Its Debtor Affiliates* [Docket No. 227] (the "Solicitation Version Plan").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the *Second Amended Joint Chapter 11 Plan of Reorganization of Global Clean Energy Holdings, Inc. and Its Debtor Affiliates*, attached hereto as **Exhibit A** (the "Second Amended Plan"),[2] which reflects a global

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/GCEHoldings.  The location of Debtor Global Clean Energy Holdings, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is:  6451 Rosedale Highway, Bakersfield, California 93308.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Second Amended Plan.

settlement with the Official Committee of Unsecured Creditors (the "Committee") and resolves all of the Committee's concerns with respect to the Solicitation Version Plan.

**PLEASE TAKE FURTHER NOTICE** that a comparison between the Solicitation Version Plan and the Second Amended Plan is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, given the changes reflected in the Second Amended Plan, the Committee supports the Second Amended Plan and, as will be stated in a further letter to be provided by the Committee contemporaneously herewith, recommends that Holders of General Unsecured Claims vote to accept the Second Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Bankruptcy Court will consider the Confirmation of the Second Amended Plan will commence on **July 22, 2025 at 9:00 a.m., prevailing Central Time**, before the Honorable Alfredo R. Perez, in the Bankruptcy Court, located at 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that copies of the Second Amended Plan and other pleadings filed in the above-captioned chapter 11 cases may be obtained free of charge by visiting the website of Epiq at https://dm.epiq11.com/case/gceholdings/info or by visiting the Court's website at https://ecf.txsb.uscourts.gov (for a fee).

[*Remainder of page intentionally left blank*]

Houston, Texas
Dated:  July 3, 2025

*/s/ Jason L. Boland*
_____

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP** | **KIRKLAND & ELLIS LLP** |
| Jason L. Boland (SBT 24040542) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Robert B. Bruner (SBT 24062637) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Julie Harrison (SBT 24092434) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| Maria Mokrzycka (SBT 24119994) | Ross J. Fiedler (admitted *pro hac vice*) |
| 1550 Lamar Street, Suite 2000 | 601 Lexington Avenue |
| Houston, Texas 77010-3095 | New York, New York 10022 |
| Telephone: (713) 651-5151 | Telephone: (212) 446-4800 |
| Facsimile: (713) 651-5246 | Facsimile: (212) 446-4900 |
| Email: jason.boland@nortonrosefulbright.com | Email: jsussberg@kirkland.com |
| bob.bruner@nortonrosefulbright.com | bschartz@kirkland.com |
| julie.harrison@nortonrosefulbright.com | ross.fiedler@kirkland.com |
| maria.mokrzycka@nortonrosefulbright.com | |

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Peter A. Candel (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        peter.candel@kirkland.com

*Co-Counsel to the Debtors*          *Co-Counsel to the Debtors*
*and Debtors in Possession*          *and Debtors in Possession*

**Certificate of Service**

  I certify that, on July 3, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                 */s/ Jason L. Boland*
                 Jason L. Boland