7/2/25

Case No. 25-90113 (ARP)

Dear Grand bankruptcy court
Hello my name is Jonathan Pang. J/Mr.Pang

I Mr.Pang am asking if I Mr Pang could be apart of this chapter 11 bankruptcy clam. This will be by hand-written letter from I Jonathan James Pang. I Mr Pang will ask for my vote to count in the voting prosses. This will allow I Mr Pangs vote to count in this bankruptcy court file for case No. 25-90113(ARP) and case No. 25-11120(JKS) under The USA EMC §1322/§3122 contract Dated 3/26/25. To Also Alow any input and or stipulations. I Mr Pang will request to document by documentation. Along with requesting photographic proof and documented statements. I Mr Pang will ask all partys that are fileing for there consent to document all request. I Mr Pang would like to ask a request for an Audit of all Companys involved upon After request from the DOD and the IRS

USA EMC (§1322/§3122) R124/R214

Chapter 11 bankruptcy
Case No. 25-11120(JKS)
Code [3C2] [Docket No.14] and
[Docket No.118]
District of Delaware

Chapter 11 bankruptcy
Case No. 25-90113(ARP)
code [1125] [Docket No.22] scedual 1
District of Texas


FwD: Department of Defence;
1400 Defence Pentagon
Washington DC 20301
APPle:
One APPle Park way Cupertino CA
95014

USA EMC($1322/$3122) R124/R214

TEAM USA



FOREVER / USA
in God we trust

Nathan Ochsner, Clerk of Court

United States Courts
Southern District of Texas
FILED
JUL - 8 2025

7700232900 C057    2500 0055380000

Case No. 25-90113 (ARP)
Case No. 25-11120 (JKS)
Honorable Alfredo R. Perez
United States bankruptcy
Court [Docket No. 227]
515 Rusk street Courtroom 400
Houston, Texas 77002

Jonathan James Pang
14101 SE Halli[?]
Portland OR 9[?]

PORTLAND OR 972
3 JUL 2025 PM 5 L



Dog Bite
Awareness
@DogBiteAwareness