United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 23, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 25-90113** |
| **GLOBAL CLEAN ENERGY HOLDINGS,** | § | |
| **INC.,** *et al.*, | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 11** |

### ORDER SETTING HEARING

The Court will conduct a hearing to consider Creditor David Costaglio's Emergency Motion for Appointment of Chapter 11 Trustee, Independent Examiner, and Equity Committee (Docket No. 326) at **9:00 AM on July 28, 2025,** at telephone and video conference. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

**Telephonic Participation**
Dial-in Telephone No: 832-917-1510
Conference Code: 282694

**Video Participation**
https://meet.goto.com/JudgePerez

GoToMeeting is for case participants and their representatives only. Members of the public and media may utilize the Court's audio facility in non-trial proceedings that don't involve witness testimony.

Audio connections by phone are required for all video participants.

SIGNED 07/23/2025

_____
Alfredo R Pérez
United States Bankruptcy Judge