# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION – NOTICE OF APPEAL

In re: GLOBAL CLEAN ENERGY HOLDINGS, INC., et al., Debtors.

United States Courts
Southern District of Texas
F I L E D

AUG 0 4 2025

Nathan Ochsner, Clerk of Court

Chapter 11
Case No. 25-90113 (DRJ)
(Jointly Administered)

**NOTICE OF APPEAL:**

Notice is hereby given that David Costaglio, pro se, shareholder and party-in-interest, appeals to the United States District Court for the Southern District of Texas from the Order Confirming the Second Amended Joint Chapter 11 Plan of Reorganization of Global Clean Energy Holdings, Inc. and Its Debtor Affiliates (Docket No. 348), entered by the Bankruptcy Court on July 28, 2025.

The names of all parties to this appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Appellant (pro se):**
David Costaglio
50 Kammerer Court
Hillsborough, CA 94010
Phone: (650) 464-8078
Email: dcostaglio@gmail.com

**Appellees (Debtors):**
Edward O. Sassower, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Phone: (212) 446-4800

**U.S. Trustee:**
Hector Duran, Esq.
Office of the U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002
Phone: (713) 718-4650

Respectfully submitted,

David Costaglio, Pro Se

Dated: July 28, 2025

## CERTIFICATE OF SERVICE

I, David Costaglio, hereby certify that on [7/28/2025], a true and correct copy of the foregoing Notice of Appeal was served via U.S. Mail, postage prepaid, on the following parties:

**Debtors' Counsel:**
Edward O. Sassower
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

**U.S. Trustee:**
Hector Duran, Esq.
Office of the U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

David Costaglio, Pro Se

7/28/2025

### NOTICE OF INTENT TO PRESERVE AND REASSERT APPEAL RIGHTS

I, David Costaglio, am a shareholder of Global Clean Energy Holdings, Inc. and a party in interest in the above-captioned case.

On **July 28, 2025,** I mailed a **Notice of Appeal** to the Clerk of the Court, together with a Motion to Stay the Confirmation Order. The package was **received by the Court on July 30, 2025.** The Motion to Stay has since been docketed as **Docket No. 371,** but the Notice of Appeal has not yet appeared on the docket as of this date.

Out of an abundance of caution and to preserve my appellate rights under **Fed. R. Bankr. P. 8002,** I am reasserting my intent to appeal and submitting a **duplicate copy** of the original Notice of Appeal with this filing. This submission is not a new appeal, but a confirmation of the original timely filing, which was delivered in good faith and received by the Court.

I respectfully request that the Clerk's Office docket the enclosed Notice of Appeal and process it in the normal course, including any necessary fee collection.

Respectfully submitted,

**Dated:** 8/1/2025

David Costaglio, pro se